RUSS, AUGUST & KABAT
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Brian D. Ledahl (CA SBN 186579)
bledahl@raklaw.com
Benjamin T. Wang (CA SBN 228712)
bwang@raklaw.com
Kent N. Shum (CA SBN 259189)
kshum@raklaw.com
Paul A. Kroeger (SBN 229074)
pkroeger@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff*
PROVEN NETWORKS, LLC
(Other Attorneys Listed In Signature Blocks)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PROVEN NETWORKS, LLC<br>      *Plaintiff*,<br><br>      *v.*<br><br>EXTREME NETWORKS, INC.,<br>      *Defendant*.<br><br><br><br>PROVEN NETWORKS, LLC<br>      *Plaintiff*,<br><br>      *v.*<br><br>F5 NETWORKS, INC., | **Case No. 5:20-cv-02067-LHK**<br><br>**STIPULATION AND [PROPOSED] ORDER TO: (1) ENLARGE BRIEFING SCHEDULE ON MOTION TO DISMISS AND (2) CONTINUE CASE MANAGEMENT CONFERENCE**<br><br><br><br><br>**Case No. 5:20-cv-02521-LHK**<br>**Related Action** |

*Defendant.*

Plaintiff Proven Networks, LLC ("Proven"), and Defendants Extreme Networks, Inc. ("Extreme") and F5 Networks, Inc. ("F5"), hereby stipulate as follows:

WHEREAS, the Court has set an Initial Case Management Conference in these related cases for July 1, 2020 at 2:00 p.m.;

WHEREAS, on June 4, 2020 Extreme filed a Motion to Dismiss the Complaint which is noticed for a hearing on October 15, 2020 at 1:30 p.m.;

WHEREAS, Proven's Opposition to Extreme's Motion is currently due on June 18, 2020 and Extreme's Reply is due on June 25, 2020;

WHEREAS, pursuant to Orders dated May 26, 2020, Proven's lead counsel and multiple members of its teams are currently set to commence an in-person jury trial in the Eastern District of Texas on July 6, 2020 in the cases of *Oyster Optics, Inc. Alcatel-Lucent USA, Inc.*, Eastern District of Texas Case No. 2:18-cv-00478-JRG and *Oyster Optics, Inc. v. Cisco Systems, Inc.*, 2:18-cv-00749-JRG;

WHEREAS, in light of its attorneys' trial schedule, Proven has requested a three-week extension of time to respond to Extreme's motion to dismiss and a continuance of the case management conference;

WHEREAS, Extreme does not oppose Proven's request for an extension provided it receives an additional one-week for the reply;

WHEREAS, Extreme agrees a continuance of the Case Management Conference and the resulting schedule is desirable in light of the fact that the partner on its team responsible for invalidity contentions is due to give birth towards the end of July, and this continuation will allow her participation;

WHEREAS, F5 does not oppose the requested continuance;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that:

2

1. The deadline for Proven to file its Opposition to Extreme's Motion to Dismiss shall be continued to and including July 9, 2020;

2. Extreme shall have until July 23, 2020 to file its Reply in support of its Motion to Dismiss; and

3. The Case Management Conference scheduled for both the Extreme and the F5 cases shall be continued until September 2, 2020, or as soon thereafter as the Court is available.

**IT IS SO STIPULATED.**

Dated: June 11, 2020                          Respectfully submitted,

/s/ Paul A. Kroeger

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Brian D. Ledahl (CA SBN 186579)
bledahl@raklaw.com
Benjamin T. Wang (CA SBN 228712)
bwang@raklaw.com
Kent N. Shum (CA SBN 259189)
kshum@raklaw.com
Paul A. Kroeger (SBN 229074)
pkroeger@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

***Attorneys for Plaintiff Proven Networks, LLC***

/s/ Richard G. Frenkel

Richard G. Frenkel (CA SBN 204133)
rick.frenkel@lw.com
Lisa K. Nguyen (CA SBN 244280)
lisa.nguyen@lw.com
LATHAM & WATKINS

3

140 Scott Drive
Menlo Park, CA 94025
Phone: (650) 328-4600

Thomas Yeh (CA SBN 287118)
thomas.yeh@lw.com
LATHAM & WATKINS
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Phone: (213) 485-1234

Gabriel K. Bell, *Pro Hac Vice*
gabriel.bell@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Phone: (202) 637-2200

***Attorneys for Defendant Extreme Networks, Inc.***

*/s/ Shane Brun*

Shane Brun (SBN 179079)
sbrun @venable.com
Alper T. Ertas (SBN 264120)
atertas@venable.com
VENABLE LLP
101 California Street, #3800
San Francisco, CA 94111
Telephone (415) 653-3731

***Attorneys for Defendant F5 Networks, Inc.***

**SIGNATURE ATTESTATION**

The undersigned attests that, pursuant to Local Rule 5-4.3.4(a)(2), concurrence in the filing of this document has been obtained from counsel for all other signatories listed, and on whose behalf the filing is submitted, and counsel concur in the filing's content and have authorized the filing.

4

STIPULATION TO ENLARGE BRIEFING SCHEDULE
AND CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS.: 5:20-CV-02067-LHK & 5:20-CV-02521-LHK

| | |
|---|---|
| Dated: June 11, 2020 | Respectfully submitted, |// 
| | */s/ Paul A. Kroeger* |
| | Reza Mirzaie (CA SBN 246953) |
| | rmirzaie@raklaw.com |
| | Marc A. Fenster (CA SBN 181067) |
| | mfenster@raklaw.com |
| | Brian D. Ledahl (CA SBN 186579) |
| | bledahl@raklaw.com |
| | Benjamin T. Wang (CA SBN 228712) |
| | bwang@raklaw.com |
| | Kent N. Shum (CA SBN 259189) |
| | kshum@raklaw.com |
| | Paul A. Kroeger (SBN 229074) |
| | pkroeger@raklaw.com |
| | Jonathan Ma (CA SBN 312773) |
| | jma@raklaw.com |
| | RUSS AUGUST & KABAT |
| | 12424 Wilshire Blvd. 12th Floor |
| | Los Angeles, CA 90025 |
| | Phone: (310) 826-7474 |
| | |
| | **Attorneys for Plaintiff Proven Networks, LLC** |

5

STIPULATION TO ENLARGE BRIEFING SCHEDULE
AND CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS.: 5:20-CV-02067-LHK & 5:20-CV-02521-LHK

**ORDER**

Based on the foregoing stipulation,

**IT IS SO ORDERED.**

DATED:                                    By: _____
                                              Honorable Lucy Koh
                                              United States District Court Judge

6

STIPULATION TO ENLARGE BRIEFING SCHEDULE
AND CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS.: 5:20-CV-02067-LHK & 5:20-CV-02521-LHK